IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Anne Christine Rivera,           )  |   |
|                                  )  | C.A. No.  8:05-290-HMH-WMC |
|               Plaintiff,         )  |   |
|                                  )  |   |
|          vs.                     )  | **ORDER** |
|                                  )  |   |
| Allan J. Hardin, Special Agent, IRS )  |   |
| Criminal Investigation Division; and )  |   |
| Internal Revenue Service,        )  |   |
|                                  )  |   |
|               Defendants.        )  |   |

  This matter is before the court for review of the Report of United States Magistrate Judge William M. Catoe made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

  The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

  The plaintiff filed no objections to the Report. In the absence of objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting

1

the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and the record in this case, the court adopts Magistrate Judge Catoe's Report and incorporates it herein.  It is therefore

**ORDERED** that this action is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

                                     s/ Henry M. Herlong, Jr.
                                     United States District Judge

Greenville, South Carolina
April 28, 2005

### NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that she has the right to appeal this Order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.